

**Phone:** (718) 971-9474| **Fax:** (718) 865-0943| **Email:** Jshalom@JonathanShalomLaw.com
**Office:** 124-04 Metropolitan Avenue Kew Gardens, New York 11415

June 14, 2019

<u>**BY ECF**</u>
Honorable Judge Lois Bloom
United States District Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   <u>Dennis v. Carlisle Etcetera LLC.</u>, 18-cv-07109(NGG)(LB)

Dear Magistrate Bloom,

    This firm represents Plaintiff Derrick U Dennis ("Plaintiff"). Pursuant to the May 14, 2019 Order of this Court, counsel for Plaintiff and counsel for Carlisle Etcetera ("Defendant") submit this joint letter on behalf of all parties to inform the Court of the status of settlement negotiations. As indicated at our May 14, 2019 conference before the Court, it is Defendants position that they their client has agreed to a website remediation plan and Defendants have already begun implementation of that plan. However, Plaintiff has not agreed on that position. Plaintiff is requesting injunctive relief of remediation along with ongoing monitoring and compliance of Defendant's website. Thus, the parties have been unable to agree on settlement on both the injunctive relief along with the monetary component on this matter. As noted in the Rule 26(f) statement filed by the parties, it is Defendant's position that an early settlement conference would assist the parties in reaching a resolution and Plaintiff does not agree to an early settlement conference.

                    Cordially,

                    */s/Jonathan Shalom*
                    Jonathan Shalom, Esq.
                    **SHALOM LAW, PLLC.**
                    124-04 Metropolitan Ave
                    Kew Gardens, NY 11415
                    (718)-971-9474
                    Jshalom@JonathanShalomLaw.com